UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
CHRISTIANA TRUST, A DIVISION OF
WILMINGTON SAVINGS FUND SOCIETY, FSB

In Re:
        Tewari, Neelam Rana
        Tewari, Rana

Order Filed on September 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    16-13807 MBK

Chapter: 13

Hearing Date:  September 5, 2017

Judge:  Michael B. Kaplan

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 7, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS</u>

<u>FUND SOCIETY, FSB AS INDENTURE TRUSTEE FOR NRPL TRUST 2013-1, MORTGAGE-</u>

<u>BACKED NOTES, SERIES 2013-1</u>, under

Bankruptcy Code section 362(a) and 1301 for relief from the automatic stay as to certain

property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

■     Real Property More Fully Described as:

**Land and premises commonly known as Lot , Block ,    701 Sayre Dr, Princeton NJ
08540**

☐     Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its
rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies
including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially
pursuing other loss mitigation alternatives, including, but not limited to, a loan modification,
short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's
Sale (or purchaser's assignee) may take any legal action for enforcement of its right to
possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*rev. 7/12/16*